**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**BRENDA GREEN
SHERRI GREEN FOSHEE
JOHN R. GREEN, IV
KELLY GREEN PITTMAN**                                        **PLAINTIFFS**

**VS.**                               **CIVIL CAUSE NO.3:17-cv-000149-MPM-JMV**

**MANAGEMENT AND
TRAINING CORPORATION
JOHN DOES 1-10
JANE ROES 1-10
ABC COMPANY**                                                       **DEFENDANTS**

---

**ORDER AMENDING CASE MANAGEMENT ORDER**

---

This matter is before the Court following the [51] Telephonic Status Conference regarding Case Management Order amendments. Accordingly, the Court's amendments are as follows:

A. Plaintiffs shall designate expert witnesses by **9/10/2018**;

B. Defendants shall designate expert witnesses by **10/10/2018 ;**

C. Discovery shall be completed by **1/10/2019**; and

D. Dispositive and Daubert motions are due by **2/4/2019**.

The parties are advised that no further extensions will be granted absent a trial continuance.

**SO ORDERED** this, the 12th day of June, 2018.

                                                           /s/ Jane M. Virden

                                                           UNITED STATES MAGISTRATE JUDGE