# PLAINTIFFS' EXHIBIT 2

# EMAIL FROM DARRYL WILSON TO RON LEWIS



From: Darryl Wilson [mailto:Darryl.wilson@arlaw.com]
Sent: Monday, March 25, 2019 12:42 PM
To: Ron Lewis
Cc: Jarrad Garner
Subject: RE: Green v. MTC

Ron:

We also learned that the kitchen staff reports at the following times:

Morning shift is from 4:30am-1:30pm. Evening shift is from 1:00pm-6:00pm.

If you have any further questions, please do not hesitate to reach out.

Best,
DAW