PLAINTIFFS' EXHIBIT 3

AFFIDAVIT OF LINDA G. SMITH



IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | | |
|---|---|---|
| BRENDA GREEN, et al.<br>**Plaintiffs** | )<br>)<br>) | |
| vs. | )<br>)<br>) | Civil Action No. 3:17-cv-149-MPM-JMV |
| MANAGEMENT & TRAINING<br>CORPORATION, et al.<br>**Defendants** | )<br>)<br>) | |

## AFFIDAVIT OF LINDA G. SMITH

**STATE OF MISSISSIPPI**
**COUNTY OF PANOLA**

**PERSONALLY APPEARED BEFORE ME**, the undersigned authority in and for the State and County aforesaid, the within named Linda G. Smith, who after being duly sworn states under oath as follows:

1. I, Linda G. Smith, am an adult resident citizen of Sardis, Mississippi. I am over twenty-one years of age, of sound mind and body, and provide this Affidavit based on my personal knowledge of the facts stated herein.

2. I am the sister of John R. Green, III, deceased.

3. On January 4, 2017 inmates from MCCF began calling me at around 10:30 a.m. telling me that my brother, John R. Green, III, was calling for help on January 1, beginning about 3:00 a.m., but no prison personnel were responding.

4. I wrote down the incoming telephone numbers and one name. The name was Kevin Wilson. I believe he called on (504) 295-3532. Other calls were received from (720) 385-5772; (270) 303-2645; and (612) 444-0550. At least two callers agreed that John played dominoes until midnight and then went to bed. At about 3:00 a.m. he awoke with chest pain. The inmates started making a lot of noise, but no one came until after 6:00 a.m. The inmates said the guards found him on the floor and put him on the stretcher. I later learned that he died at 7:41 a.m.

_Linda Green Smith_
LINDA G. GREEN

SWORN AND SUBSCRIBED BEFORE ME, This, the 26 day of February, 2018.

2/26/2018 _Melissa Meek Phelps_
NOTARY PUBLIC
By: _Daphne Smith_, D.C.

My Commission expires 1-1-2020

(SEAL)