PLAINTIFFS' EXHIBIT 4

(RESERVED)

