PLAINTIFFS' EXHIBIT 5

(RESERVED)

