PLAINTIFFS EXHIBIT 6

MCCF ROSTER SHEET

| MARSHALL COUNTY CORRECTIONAL FACILITY | MTC | | * Denotes: pull post if there is not activities |
|---|---|---|---|
| 19 man +1 non-man = 20 | | | Revised Master Copy: January 2015 |
| | | | Red (m) denotes: Mandatory Post |
| Shift: 10:00p - 6:00a | This form is not to be modified | | 31-Dec-16 |
| **Duty Assignments** | **Staff Deployment** | **Tardy/OT Log** | |
| Duty Warden | Michael Dean | | **Emergency Response Personnel** |
| Maintenance | | | James Rhynes |
| Shift Commander Capt. (m) | James Rhynes | | |
| Assist Shift Supervisor Lt. (m) | | | |
| **Segregation Unit** | | | |
| Short Term Segregation Sgt. (m) | Peggy Stewart | | **VIDEO** |
| Long Term Segregation Sgt. (m) | | | Karsten Randell |
| Long Term Seg Officer (m) | Marylin Holloway | | |
| **Utilities** | | | |
| Utility Sergeant (m) | Karsten Randell | | |
| Utility Officer 1 (m) | | | |
| Utility Officer 2 (m) | | | |
| **Control Center** | | | |
| Central Control Officer (m) | April Mathews | OT | |
| (Suicide Watch - as needed) #1 | | | **Absent Log** |
| **Alpha Dorm** | | | Porsha Blackmon - NCNS |
| Control Tower Officer (m) | Jennifer McCaskill | | Erika Thomas - NCNS |
| Floor Officer (m) | | | LaJoyce Clark - NCNS |
| | | | Dannius Taylor - NCNS |
| | | | Jazmine McGhee - NCNS |
| **Bravo Dorm** | | | Carolyn Campbell |
| Control Tower Officer (m) | Jessica Wells | OT | Marissa Isom |
| Floor Officer (m) | | | Walter Rhone |
| | | | **Scheduled PTO** |
| **Charlie Dorm** | | | Jessica Lester |
| Control Tower Officer (m) | Angell Buggs | | |
| Floor Officer (m) | | | **Hospital** |
| | | | |
| **Delta Dorm** | | | **Overtime Personnel** |
| Control Tower Officer (m) | Terry Rogers | | See Staffing |
| Floor Officer (m) | | | |
| Miscellaneous Foot Patrol | | | **Other (Off)** |
| | | | **Misc. Equip./Camera Inventory** |
| Medical Officer (m) ** | JaDominique Phillips | | (1) Carbon Monoxide Detector - Dead |
| Perimeter (m) | Bridgette Aldridge | OT | (1) Blood Pressure Machine - none |
| Perimeter 2 | Shanda Williams | OT | (1) Charging Cable (#L001811OPH) - No |
| Kitchen officer | | | (All indicated equipment is present) |
| | 3 + 9 = 12 | | **Supervisor's Signature** |
| 19 mandatory post | 12 | 12 | James Rhynes Capt. |



PLAINTIFF'S EXHIBIT "6"

MTC-000147