# PLAINTIFFS EXHIBIT 7

# EXCERPTS FROM DEPOSITION OF ROBYN WILLIAMS



Page 23

```
 1      Q.   And so the evidence that you did a
 2  head check is -- is a handwritten -- not
 3  signature, but initials?
 4      A.   Log entry.
 5      Q.   Yeah.  Is there any other kind of
 6  control to make sure that occurred?
 7      A.   Other than the communication with
 8  central control that counts -- she did her
 9  counts.
10      Q.   Okay.  Have you talked with her?
11      A.   No, I have not.
12      Q.   Have you seen any report by her other
13  than the head count sheet?
14      A.   I don't recall hers being a detailed
15  report in those that I read.  I could probably
16  look and -- and tell you.
17      Q.   I didn't find one.
18      A.   Okay.  I don't...
19           MR. GARNER:  Were you asking about a
20      report from Ms. Gray?
21           MR. LEWIS:  Uh-huh (affirmative).
22      Yes.
23           MR. GARNER:  Okay.
24           MR. LEWIS:  You want to look to see if
25      you have one?
```

Page 45

1    think we were -- let's see.
2              (Off the record.)
3    BY MR. LEWIS:
4       Q.   Okay.  Explain for me, are the
5    initials in the right-hand column, are those the
6    initials of the person doing the count?
7       A.   That -- yeah, that would be the CO
8    making the entry and the initials --
9       Q.   And --
10      A.   -- beside it.
11      Q.   -- is that -- that -- is that the
12   person who's in the tower, or is it someone
13   else?
14      A.   Yeah, it's the person who's in the
15   tower.
16      Q.   Okay.  So whose initials do you see
17   there starting after Ms. Wells' move to another
18   location?
19      A.   So, Ms. Wells, according to this, left
20   at about 10:40 on the 31st.  So this goes back.
21   Preparing to count, blah, blah, blah.  Is that
22   one before this one?  That one --
23           MR. GARNER:  Well, that's after.
24      A.   -- you have there, is that after?
25   BY MR. LEWIS:

Page 46

```
 1     Q.   This one is after.
 2     A.   Okay.  So this says -- oh, here we go.
 3  D -- well, that's Dorothy Gray, DG.
 4     Q.   Okay.
 5          MR. GARNER:  At what time?
 6          THE WITNESS:  Her first entry here is
 7     23:10.
 8  BY MR. LEWIS:
 9     Q.   All right.  And is she in the tower,
10  or is she on the floor?
11     A.   She would be in the tower because
12  that's where the logbook is.
13     Q.   Do you know if she's still with the
14  company?
15     A.   No, I don't.
16     Q.   Okay.
17          MR. GARNER:  Ron, I will represent to
18     you I don't think she is --
19          MR. LEWIS:  Okay.
20          MR. GARNER:  -- but we can find her.
21          MR. LEWIS:  Right.
22          MR. GARNER:  In fact, did -- let's go
23     off the --
24     A.   In fact --
25          MR. GARNER:  Let's go off the record
```

Page 47

1   real quick.
2                    (Off the record.)
3   **BY MR. LEWIS:**
4        Q.   We're looking at the time clock record
5   for Dorothy Gray, and looking at Saturday,
6   December 31st, it apparently shows her clocking
7   in at 2 p.m., right?
8        A.   Yes.
9        Q.   And checking out -- clocking out at --
10  at 12 noon.  Or is that a.m.?  That's --
11       A.   That's 12 a.m.
12       Q.   -- 12 a.m.?
13       A.   Yes.
14       Q.   Okay.  So she did not do the whole --
15       A.   Keep going because right below that,
16  you have 12 A to --
17       Q.   Oh, I --
18       A.   -- 0530 A.
19       Q.   -- I -- I see.  Okay.
20            So just -- just for the record, state
21  what hours she was on duty.
22       A.   So she clocked in on the 31st and
23  covers this time frame.  So the clock in is 2
24  p.m. to 12 a.m., and then it runs, because it's
25  another day, 12 a.m. to 5:38 a.m. on the 1st.

Page 48

1   Q.   Okay.  And shift change is supposed to
2   be at 6 a.m., right?
3   A.   Correct.
4   Q.   She checked out a little early?  Not
5   real early but 5:38?
6   A.   Yes.
7   Q.   Okay.  Would she have been replaced
8   immediately?
9   A.   She would have been relieved by
10  someone.  And looking at the log, this looks
11  like JP.
12  Q.   Phillips?
13  A.   Yeah.  Yes.
14  Q.   Jumodique -- JaDominique?
15       (Off the record.)
16  **BY MR. LEWIS:**
17  Q.   Okay.  So you think that
18  JaDominique Phillips would have replaced her at
19  5:38 a.m.?
20  A.   According to the logs, the last entry
21  from Ms. Gray was 5:, it looks like, 04, and the
22  first entry from JP was 5:15.  So, yes.
23  Q.   Okay.  They were both there together
24  for about 15 minutes or so?
25  A.   Fifteen minutes, it looks like.

```
 1           MR. GARNER:  Yeah.  Absolutely.
 2   BY MR. LEWIS:
 3       Q.  Wal- -- Walter Rhone, was he an
 4   absent?
 5           THE WITNESS:  I need to look at --
 6           MR. GARNER:  Yeah, yeah, yeah.
 7           THE WITNESS:  -- to be able to answer
 8       that.
 9       A.  Yes, he was absent.
10   BY MR. LEWIS:
11       Q.  Okay.  And what about
12   Carolyn Campbell?
13       A.  She was absent as well.
14       Q.  Okay.  Well, we'll just pass over
15   those two then.
16           THE COURT REPORTER:  Will you spell
17       his last name, Walter.
18           MR. GARNER:  Rhone, R-O- --
19           THE WITNESS:  Rhone, R-H- --
20           MR. GARNER:  -- R-H-O-N-E.
21           THE COURT REPORTER:  Okay.
22           MR. LEWIS:  As in the river.
23   BY MR. LEWIS:
24       Q.  Have we -- have we gone through all of
25   the people that we know to have been in 2B
```

1     Q.   Okay.  But we know who we're talking
2 about?
3     A.   Correct.
4     Q.   Okay.
5         MR. GARNER:  Kathy Blake --
6         MR. LEWIS:  Right.
7         MR. GARNER:  -- correct?
8         MR. LEWIS:  Right.
9         MR. GARNER:  Okay.
10        MR. LEWIS:  Kathy Blake.
11 BY MR. LEWIS:
12    Q.   And we've also gone through who was --
13 who was there and who wasn't there, so I think
14 we've covered 4.
15        MR. GARNER:  And 5.
16        MR. LEWIS:  And 5.
17 BY MR. LEWIS:
18    Q.   Okay.  What -- what can you say about
19 our paragraph 6, here, "Describe backup
20 measures, if any, which MTC employs routinely or
21 otherwise to compensate for no-show correctional
22 officers" since that seems to be a problem?
23    A.   So it's a matter of trying to get
24 people to stay over from the previous shift
25 and/or have other people come in if it's -- if

Page 56

1  it's their day off and you can get ahold of them
2  and have them -- have them come in.
3      Q.   Makes sense.
4      A.   (Witness nods head affirmatively.)
5      Q.   No other way to do it, is there?
6      A.   Yeah.
7      Q.   Okay. So that would be the shift
8  supervisors trying to arrange all of that?
9      A.   Yes.
10     Q.   Okay. What -- what is your perception
11 of the extent to which the staff was effective
12 or -- or -- what's the word I'm looking for --
13 whether the -- the dorm was properly staffed
14 during these two shifts?
15     A.   Well, staffing, like we talked about
16 earlier, is an ongoing issue trying to -- just
17 trying to hire and keep enough people.
18     Q.   And that -- that was true of that dorm
19 that night?
20     A.   Yes.
21     Q.   Okay. And early morning?
22     A.   Yes.
23     Q.   All right. No. 6 has to do with the
24 head counts. How are those conducted?
25     A.   How -- how was count conducted?

Page 59

```
1    actually, right?
2        A.   Yes.
3        Q.   Is it a 360-degree --
4        A.   Yes.
5        Q.   Okay.  And then central is behind that
6    somewhere?
7        A.   Central is actually on the front end
8    of -- it's up front.
9        Q.   Okay.
10       A.   So you have to pass by central to get
11   to the housing units.
12       Q.   And how -- and how would they be
13   recording?
14       A.   Cameras.
15       Q.   Okay.  Cameras?
16       A.   Uh-huh (affirmative).
17       Q.   All right.  So if the camera -- if the
18   video is no longer available, is there any other
19   way to corroborate the -- the handwritten
20   entries that say that there actually was a head
21   count each time they say it was?
22       A.   No, not that I'm aware of.
23       Q.   All right.
24            MR. GARNER:  Other than talking to
25       Ms. Gray?
```