PLAINTIFFS EXHIBIT 10

EMAIL FROM RON LEWIS TO JARAD GARNER

AND HIS REPLY RE SPOLIATION LETTER



# Ron Lewis

| | |
|---|---|
| **From:** | Jarrad Garner <Jarrad.Garner@arlaw.com> |
| **Sent:** | Friday, August 25, 2017 10:05 AM |
| **To:** | Ron Lewis; Richard Davis; Ginger Cockayne; Lu Poole |
| **Subject:** | RE: Brenda Green et al v MTC Spoliation letter |

Thanks Ron. Look forward to working with you as well. Jarrad



**Jarrad Garner**
Partner

1018 Highland Colony Parkway, Suite 800 | Ridgeland, MS 39157
**main** 601.353.3234 | **direct** 601.292.0701 | **mobile** 601.214.5815
**efax** 601.944.9035 | **fax** 601.355.9708

jarrad.garner@arlaw.com

website bio vCard map

---

**From:** Ron Lewis [mailto:ron@ronlewislaw.com]
**Sent:** Thursday, August 24, 2017 2:31 PM
**To:** Richard Davis; Ginger Cockayne; Lu Poole; Jarrad Garner
**Subject:** Brenda Green et al v MTC Spoliation letter

Hello, defense counsel. In case your client has not advised you of its existence, please see the attached spoliation letter to the warden. Thank you. I look forward to working with you to resolve this case.
Ron Lewis

RONALD W. LEWIS
LEWIS LAW FIRM
404 GALLERIA LANE, STE. 5
P.O. BOX 2729
OXFORD, MS 38655
(662) 234-0766
ron@ronlewislaw.com

Notice of Confidentiality: The information contained in this transmission may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact us at ron@ronlewislaw.com and destroy all copies of the original message and attachments.

1