# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### NOTICE

**BRENDA GREEN, *ET AL.***                                                                      **PLAINTIFFS**

**VS.**                                                  **CIVIL CAUSE NO.: 3:17cv149-MPM-JMV**

**MANAGEMENT & TRAINING CORPORATION, *ET AL.***           **DEFENDANTS**

    **TAKE NOTICE** that a proceeding in this case has been **SET** for the date, time, and place set forth below:

| *Place* | *Room No.* |
|---|---|
| **U.S. FEDERAL BUILDING**<br>**305 Main Street**<br>**Greenville, MS 38701** | **Room 364** |
| | *Date and Time*<br><br>**SEPTEMBER 17, 2019**<br>**10:30 A.M.** |

*Type of Proceeding*

### SETTLEMENT CONFERENCE
### BEFORE UNITED STATES MAGISTRATE JUDGE JANE M. VIRDEN

**COUNSEL, PLAINTIFF(S) AND DEFENDANT(S) OR REPRESENTATIVE(S) WITH FULL SETTLEMENT AUTHORITY MUST ATTEND UNLESS EXCUSED BY THE COURT.**

==Please note: On most occasions Judge Virden does not recess the conference for a lunch break. However, in the event anyone requires lunch, please simply let us know and that request will be accommodated with a break. Also, you are welcome to bring a snack such as protein bars or nuts, etc. to tide you over.==

                                                            **DAVID CREWS, Clerk of Court**

                                                        By:   s/*Itonia R. Williams*
                                                                  Courtroom Deputy Clerk

Date:   September 10, 2019

                  **IF YOU HAVE ANY QUESTIONS, CONTACT ITONIA R. WILLIAMS AT 662-335-9214**
                              **OR VIA EMAIL: itonia_williams@msnd.uscourts.gov.**