**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
CIVIL MINUTES**

**CASE NO.: 3:17-cv-149-MPM-JMV**                    **PLACE HELD - Greenville**

**BRENDA GREEN, *ET AL.***

**VS.**

**MANAGEMENT & TRAINING CORPORATION, *ET AL.***

**DATE & TIME BEGUN/ENDED:   September 17, 2019
                            10:30 a.m. – 2:10 p.m.**

**Total Time – 3 hours and 40 minutes**

**PRESENT:**
            **Honorable Jane M. Virden, U.S. Magistrate Judge**

| **Attorney for plaintiffs** | **Attorney for defendants** |
|---|---|
| Ronald W. Lewis | Richard J. Garner |
|  | Darryl A. Wilson |

**PROCEEDINGS:   Settlement Conference**

**Docket Entry:** A settlement conference was held. The case was settled subject to formal determination of the wrongful death heirs.  Counsel will notify the court upon completion of that determination.

**DAVID CREWS, CLERK**

   **By:** s/ *Itonia R. Williams*
                    Courtroom Deputy Clerk